FILED

Sep 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Jonathan.Lee@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 4:20-MJ-71283-MAG (AGT) |
|---|---|
| Plaintiff, | ) |
| v. | ) **DETENTION ORDER** |
| JUAN CONCHAS-CARRILLO, | ) |
| Defendant. | ) |

DETENTION ORDER
CR 4:20-MJ-71283-MAG

On September 8, 2020, the United States Attorney's Office filed a criminal complaint charging Defendant with Conspiracy to Deal Firearms Without a License. Dkt. 1.

This matter came before the Court on September 16, 2020, for a detention hearing. Dkt. 9. Defendant Carrillo appeared by videoconference, with his consent, and was in custody at the time of the hearing. Defendant was represented by Robert Waggener, Esq. Assistant United States Attorney Jonathan Lee appeared for the government. The government moved for detention at defendant's initial appearance on September 11, 2020. Dkt. 4. The government filed a written motion for detention on September 14, 2020. Dkt. 9. Defendant opposed the motion at the hearing, at which time counsel for both parties submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, after consideration of the parties' proffers including the defendant's lack of criminal history, the Court concluded that no condition or combination of conditions will reasonably assure the safety of any other person or the community. The Court noted its concern over the nature of the firearms involved in the transactions at issue in the offense conduct, which the Court described as compelling. The Court described the offense conduct as very concerning because of the danger posed to the community. For these and all the reasons and discussion on the record, the Court granted the government's motion for detention, finding that the government carried its burden to demonstrate by clear and convincing evidence that Defendant poses a danger to the community. Therefore, the Court therefore concluded that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for

DETENTION ORDER
CR 4:20-MJ-71283-MAG                        1

confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    2.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

    3.    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: September 17, 2020

_____
HON. ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE

DETENTION ORDER
CR 4:20-MJ-71283-MAG    2