FILED

Mar 29 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff.<br><br>  v.<br><br>JUAN CONCHAS-CARRILLO,<br><br>  Defendant. | Case No. 4:20-cr-00355-JSW-1 (DMR)<br><br>**INITIAL ORDER RE:<br>CONTRIBUTION TO COST OF<br>COURT-APPOINTED COUNSEL** |

On March 28, 2024, Defendant Juan Conchas-Carrillo submitted a financial affidavit signed under penalty of perjury. The affidavit indicates that Defendant has significant non-liquid assets such that appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A) is likely not appropriate for the duration of the case. The court recognizes it may take a modest amount of time for Defendant to access his assets to retain a lawyer. In order to keep the case moving and with the agreement of the parties, the court appoints CJA Counsel Robert Waggener to represent Defendant for two months (April and May, 2024) to give Defendant time to access his assets to pay for his defense. For those two months, Defendant must make partial payment of $500 per month.

IT IS HEREBY ORDERED:

Defendant shall pay $500 on April 1, 2024 and $500 on May 1, 2024 towards the cost of representation, until further order of Court.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the above case number should be written on the memo line of the check.

The Court ordered Defendant to appear on May 31, 2024 at 10:30 a.m. for Further

*CJA_Contribution_Order_Cham*
*rev. June 2018*

1    Attorney Appointment Hearing.

2            IT IS SO ORDERED.

3    Dated:  March 29, 2024

4                                                                    _____
5                                                                    DONNA M. RYU
                                                                     Chief Magistrate Judge